UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-24414-JLK

ABELARDO ARMANDO IZAGUIRRE )
INFANTE and all others similarly situated )
under 29 U.S.C. 216(b), )
 )
       Plaintiff, )
vs. )
 )
EXTREME SECURITY SERVICE CORP., )
CLAUDIO AZOCAR, )
 )
       Defendants. )
_____ )

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim, and states as follows:

**FEDERAL OVERTIME WAGE CLAIM:**

**Period Claimed:** April 13, 2015 through on or about November 30, 2015
Unpaid Overtime hours:  314hours
Regular Pay Rate:  $13/hr
Amount of half time per overtime hour not compensated: $6.50/hr
Total overtime wages unpaid: **$2,041.00** (13hrs x $7.50/hr)

**Total Overtime Wage Claim and Liquidated Damages: $$2,041.00 x 2 = $4,082.00**

\*  Attorneys' Fees to Date:

    Jaimie Zidell: (2 Hours) x ($390.00 Fee Per Hour) = $780.00

    Neil Tobak: (1 Hour) x ($300.00 Fee Per Hour) = $300.00

    Joshua Sheskin (.5 Hours) x ($350.00 Fee Per Hour) = $175.00

       Total Attorneys' Fees to Date: $1255.00

\*\*Plaintiff seeks all fees and costs under the FLSA.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Neil Tobak
Neil Tobak, Esq.
ntobak.zidellpa@gmail.com
Florida Bar Number: 93940

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CMECF and by email to David Stevenson Abrams at salvador@abramslaw.cc.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Neil Tobak
Neil Tobak, Esq.
ntobak.zidellpa@gmail.com
Florida Bar Number: 93940