UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24414-CIV-KING/TORRES

ABELARDO ARMANDO IZAGUIRRE INFANTE,

    Plaintiff,

v.

EXTREME SECURITY SERVICE CORP,
et al.,

    Defendants.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE
## FOR ALL PROCEEDINGS UPON CONSENT OF THE PARTIES

THIS CAUSE comes before the Court upon the parties' Notice and Consent to Proceed Before a United States Magistrate Judge (D.E. #17) filed February 27, 2017, for all matters, proceedings and motions through and including trial, in the above-styled case.

Pursuant to 28 U.S.C. § 636(c) and the Magistrate Rules of the United States District Court for the Southern District of Florida, the above-styled case be, and the same is hereby, **REFERRED** to **United States Magistrate Judge Edwin G. Torres** to take all necessary and proper action as required by law, with respect to all pretrial matters, including trial and entry of final judgment, and for all such judicial proceedings as are permissible. The **Pretrial Conference** previously scheduled for **May 5, 2017** and the **Trial** previously set for **July 10, 2017** before the undersigned judge are hereby **CANCELED**.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 28th day of February, 2017.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Edwin G. Torres
All Counsel of Record