UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: CASE NO.: 1:15-CV-24414-EGT

ABELARDO ARMANDO IZAGUIRRE )
INFANTE and all others similarly situated )
under 29 U.S.C. 216(B), )
)
         Plaintiff, )
vs. )
)
EXTREME SECURITY SERVICE CORP., )
CLAUDIO AZOCAR )
)
         Defendants. )
_____ )

## PROPPOPSED AMENDED PRETRIAL SCHEDULE

Plaintiff, Abelardo Armando Izaguirre Infante, and the Defendants, EXTREME SECURITY SERVICE CORP., and CLAUDIO AZOCAR, pursuant to Rule 16.1(b) of the Local Rules of the Southern District of Florida ("S.D. Fla. L.R.") and the Court's Order [DE 21], conferred via telephone on and hereby submit this Joint Scheduling Report.

**Information required by S.D. Fla. L.R. 16.1(B):**

(A) **Likelihood of Settlement.** The parties have engaged in settlement discussions; however, they have not been able to agree on settlement terms. The parties will continue to attempt, in good faith, to resolve this matter and will notify the Court if they do so.

(B) **Discovery Schedule:** The Parties propose the following pretrial discovery schedule, pursuant to S.D. Fla. L.R. 16(1)(A)(2).

| Date | Action |
|---|---|
| June 15, 2017 | Fact Discovery Cut Off |
| April 7, 2017 | Last Day to Select a Mediator |
| June 13, 2016 | Exchange of Expert Reports |
| June 13, 2017 | Exchange of Witness List |
| June 27, 2017 | Exchange of Expert Rebuttal Reports |
| July 7, 2017 | Last Day to Complete Mediation |
| July 21, 2017 | Last Day to File Summary Judgment or Other Dispositive Motion |
| July 19, 2017 | Expert Discovery Cut Off |
| July 19, 2017 | Deadline for Pretrial Motions and Memoranda of Law |
| August 25, 2017 | Deadline for Joint Pretrial Stipulation |
| August 18, 2017 | Deadline for Resolution of Pretrial Motions |
| August 18, 2017 | Pretrial Conference |
| August 25, 2017 | Deadline for Proposed Jury Instructions and/or Proposed Findings of Fact and Conclusions of Law |
| September 8, 2017 | Deadline for Filing Deposition Designations |
| October 23, 2017<br>November 6, 2017<br>November 13, 2017 | Trial (3 available specialty set dates) |

Respectfully submitted,                                     Respectfully submitted,

*/s/:* **David S. Abrams**                                     /s/ Neil Tobak

David Stevenson Abrams                               Neil Tobak, Esq.
Florida Bar No. 884405                                    Florida Bar No. 93940
**Abrams & Abrams**                                        **J.H. Zidell, P.A.**
9300 s.w. 87th Ave #5                                      300 71st Street, Suite 605
Miami, Florida 33176                                         Miami Beach, Florida 33141
Tel: (305) 598-1880                                            Tel: (305) 865-6766
Fax: (305) 598-1881                                            Fax: (305) 865-7167
Attorney for Defendant                                     Attorney for Plaintif