UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ABELARDO ARMANDO
IZAGUIRRE INFANTE and all others
similarly situated under 29 U.S.C. 216 (b)
    Plaintiff (s),

CASE NO.: 1:15-CV-24414

vs.

EXTREME SECURITY SERVICE
CORP.; CLAUDIO AZOCAR,
    Defendants.
_____/

### DEFENDANTS' RESPONSE TO STATEMENT OF CLAIM

    Defendants, by and through undersigned counsel hereby file this Response to Plaintiff's Statement of Claim (DE 18) and state as follows:

    1. Defendants in good faith respectfully dispute the period claimed by Plaintiff as having been employed by the Defendants and will be prepared to submit an accurate record of Plaintiff's employment in support thereof.

    2. Defendants in good faith respectfully dispute the total number of hours claimed by Plaintiff to have worked overtime and will be prepared to submit records in support thereof.

    3. Defendants allege that Extreme Security Service Corp. did not generate the requisite total annual revenue for the year 2015, and will produce sufficient financial records in support thereof.

    4. Additional information in support of Defendants' response may become known as the cases continues and the Defendants request the right to supplement their Response.

Respectfully submitted,

By: /S/ DAVID S. ABRAMS
    David S. Abrams, Esq.
    FBN 884405
    ABRAMS & ABRAMS, P.A.
    9300 SW 87th Avenue
    Suite 5
    Miami, FL 33176
    (305) 598-1880
    (305) 598-1881(facsimile)
    Email: dabrams@abramslaw.cc

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF

and by email to: J.H. Zidell, P.A., Neil Tobak, Esq., ntobak.zidellpa@gmail.com on this 17 day of March, 2017.

By: /S/ DAVID S. ABRAMS
David S. Abrams, Esq.
FBN 884405
ABRAMS & ABRAMS, P.A.
9300 SW 87th Avenue
Suite 5
Miami, FL 33176
(305) 598-1880
(305) 598-1881(facsimile)
Email: dabrams@abramslaw.cc